ANNA MILLER, Individually and as Administratrix of the Estate of JOHN T. MILLER, Deceased, Appellant and Respondent, *v.* CITY OF NEW YORK, Appellant, and MAURICE A. FITZGERALD, Individually and as Sheriff of the County of Queens, Respondent, et al., Defendants.

Argued January 14, 1944; decided March 2, 1944.

*Ignatius M. Wilkinson, Corporation Counsel (Murray Sendler* and *James Hall Prothero* of counsel), for defendant City of New York, appellant.

*Solomon Pearlman* and *Paul W. Hessel* for plaintiff, appellant and respondent.

*Austin B. Mandel* for defendant-respondent.

On appeal by the City of New York: Judgment affirmed, with costs.

On plaintiff's appeal: Appeal dismissed, without costs, on the ground that the appeal was never perfected. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.